**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

 RICO REVELS,

                             Plaintiff,                  25 **CIVIL** 4381 (OTW)

      -v-                                 **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated December 22, 2025, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action.

**Dated:**  New York, New York

       December 23, 2025

                                  **TAMMI M. HELLWIG**

                              _____
                                    **Clerk of Court**

             **BY:**                                      _____
                                    **Deputy Clerk**